**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-MC-095-MOC-DCK**

| | |
|---|---|
| SAGICOR LIFE INSURANCE COMPANY, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>EUGENE E. HOUCHINS III, WILLIAM I. )<br>DAVIS, and THIRD FINANCIAL, INC., )<br> )<br>Defendants. )<br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of the case. The undersigned observes that the "Motion To Compel Nonparty Production Of Documents And Deposition " (Document No. 1) is pending before the Court. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The undersigned notes that neither Defendants nor the subject of the subpoena(s) at issue, Russell Miller, have responded to the motion, and responses were due by July 24, 2019. Mr. Miller is respectfully advised that failure to file a timely and persuasive response to Plaintiff's pending motion will likely lead to the requested relief being granted, including attorney fees.

**IT IS, THEREFORE, ORDERED** that Defendants and Russell Miller may file responses on or before **August 16, 2019**.

The Clerk of Court is directed to serve Mr. Russell Miller by certified U.S. Mail/return receipt requested. Defendants shall be served by U.S. Mail and/or ECF.

**SO ORDERED**.

Signed: August 1, 2019

David C. Keesler
United States Magistrate Judge